# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOBALGEEKS, INC., | Case No. 1:20-cv-06838 (RMB) (AMD) |
| Plaintiff/Counter-Defendant, | |
| vs. | |
| SZN, LLC, | |
| Defendant/Counter-Plaintiff/<br>Third-Party Plaintiff, | |
| vs. | |
| BARGAIN ME ONLINE, LLC, | |
| Third-Party Defendant, | Electronically Filed |

Upon consideration of GlobalGeeks, Inc.'s Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b), it is hereby ORDERED that the motion is GRANTED.

The final order entered by the Clerk should provide that there be judgment in favor of GlobalGeeks, Inc. over and against Defendant SZN, LLC in the amount of $1,160,000 plus prejudgment interest of $49,241.14, plus $71.51 per day in 2022.

Date: March 2, 2022

Hon. Renée Marie Bumb,
United States District Judge