# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOBALGEEKS, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> SZN, LLC, <br><br> Defendant/Counter-Plaintiff/ <br> Third-Party Plaintiff, <br><br> vs. <br><br> BARGAIN ME ONLINE, LLC, <br><br> Third-Party Defendant, | Case No. 1:20-cv-06838 (RMB) (AMD) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 2nd day of March, 2022 in favor of GlobalGeeks, Inc. and against SZN, LLC in the amount of $1,209,241.14 and GlobalGeeks and SZN, LLC have reached an agreement to resolve all claims against one another in the above captioned matter, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                    BONI, ZACK & SNYDER, LLC
                                                     Attorneys for GlobalGeeks, Inc.

Dated: July 27, 2022                    By:   */s/ Benjamin J. Eichel*
                                                             BENJAMIN J. EICHEL, ESQUIRE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2022 a copy of the foregoing was served on the parties listed below via ECF:

S. Joshua Kahane
Aubrey B. Greer
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119

Neil Grossman
144 N. Beverwyck Road, #187
Lake Hiawatha, New Jersey 07034
*Attorneys for Defendant, SZN, LLC*

Michael M. Steinmetz, Esq.
Garson Segal Steinmetz Fladgate, LLP
164 West 25th Street, 11R
New York, New York 10001
*Attorneys for Third-Party Defendant,
Bargain Me Online, LLC*

                                                /s/ Benjamin J. Eichel
                                                Benjamin J. Eichel