UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                   Proceeding Date: September 8, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                               DOCKET NO. 20cv6838(RMB/AMD)
**GlobalGeeks, Inc.**
 v.
**SZN, Inc., et al**

**APPEARANCES:**
Benjamin Eichel, Esq. for plaintiff
Neil Grossman, Esq., Joshua Kahane, Esq. and Aubrey Greer, Esq. for defendant SZN, Inc.
Michael Steinmetz, Esq. for third party defendant Bargain Me Online

**NATURE OF PROCEEDINGS:**   Telephonic Discovery and Status Conference

**DISPOSITION:**
Telephonic Discovery and Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:02 p.m. Time Adjourned: 2:21 p.m. Total time: 19 mins.